1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| SERGIO RAMIREZ-MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O' MALLEY, Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:24-cv-00911-BAM<br><br>**ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER**<br><br>(Doc. 2) |
|---|---|

Pending before the Court is Plaintiff Sergio Ramirez-Martinez's ("Plaintiff") application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. 2.) Plaintiff has made the showing required by § 1915, and the request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a).

///
///
///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's application to procced *in forma pauperis* is GRANTED;
2. The Clerk of the Court is directed to issue new case documents, including the Scheduling Order;
3. The Clerk of the Court also is directed to issue summons and service shall proceed under the Court's E-Service program with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated: **August 7, 2024**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2