JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO RAMIREZ-MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security[1],<br><br>Defendant. | Case No. 1:24-cv-00911-KES-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from November 6, 2024 to January 6, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

MOTION FOR SUMMARY JUDGMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of November 4, 2024 and November 11, 2024 Plaintiff's Counsel has nine merit briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: November 5, 2024    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: November 5, 2024    PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation
Social Security Administration

By: **/s/ Franco L. Becia*
Franco L. Becia
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on November 4, 2024)

## ORDER

Pursuant to the parties' stipulation, and cause appearing, Plaintiff is granted an extension of time to January 6, 2025, to file a Motion for Summary Judgment. All other deadlines in the Court's Scheduling Order are modified accordingly. The parties are advised that further extensions of time will not be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: **November 6, 2024**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE