UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO RAMIREZ-MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:24-cv-00911-KES-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>Docs. 13, 16, 17 |

Plaintiff Sergio Ramirez-Martinez initiated this action seeking judicial review of a final decision of the Commissioner of Social Security denying his application for disability insurance benefits under Title II of the Social Security Act. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(15).

On July 18, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for summary judgment be granted and that the Commissioner's cross-motion for summary judgment and request to affirm the agency determination be denied. Doc. 17. Specifically, the magistrate judge determined that the administrative law judge committed reversible error in the evaluation of the medical opinion evidence. *Id.* at 9. The magistrate judge further found that remand was appropriate. *Id.*

The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id*. at 10. The

Court advised the parties that "the failure to file objections within the specified time may result in the waiver of the right to challenge the magistrate judge's factual findings on appeal. *Id.* Neither party filed objections, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on July 18, 2025, Doc. 17, are adopted in full;
2. Plaintiff's motion for summary judgment and appeal from the administrative decision of the Commissioner of Social Security, Doc. 13, is granted;
3. The Commissioner's cross-motion for summary judgment and request to affirm the agency's decision, Doc. 16, is denied;
4. The matter is remanded pursuant to 42 U.S.C. § 405(g) for further proceedings; and
5. The Clerk of the Court is directed to enter judgment in favor of plaintiff Sergio Ramirez-Martinez and against defendant Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated:   August 7, 2025

UNITED STATES DISTRICT JUDGE

2